

**State of New Jersey**

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ 08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

May 28, 2025

<u>VIA CM/ECF</u>
Hon. José R. Almonte, U.S.M.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Courtroom PO 8
Newark, NJ 07101

   RE: Dion Miller v. Sean Means, et al.
      Civil Action No. 2:25-cv-1009-CCC-JRA

Dear Judge Almonte:

  I represent the Hudson County Prosecutor's Office ("HCPO") in the above-referenced matter, in which several individual defendants connected to the HCPO have also been joined as defendants – namely, Vincent Doherty, Mike Gelchion, and Charlie Russo (together "Individual Defendants").

  Plaintiff's counsel has confirmed that service was recently completed for each of the Individual Defendants. As I previously advised, I expected my office to receive representation requests from the Individual Defendants, and I can now confirm that that process is presently underway. However, before I can formally begin representing them, my office must first engage in a two-step process: (1) determine whether the Individual Defendants can be afforded representation pursuant to Title 59 and *Wright v. State*, 778 A.2d 443 (N.J. 2001); and (2) presuming such is appropriate, then complete conflict checks for each party to ensure that my office can represent the Individual Defendants.

  Consequently, I am writing to respectfully request that the HCPO and the Individual Defendants share a common deadline to answer, move, or otherwise respond to the Complaint and that that deadline be extended for sixty (60) days. The extension will allow the Individual Defendants time to submit representation requests, allow my office time to complete its due diligence, and will afford the Individual Defendants time to retain separate counsel in the event my office cannot undertake representation. The extension will also serve the interests of judicial economy by avoiding piecemeal filings by my office for the HCPO and Individual Defendants.




Hon. José R. Almonte, U.S.M.J.
May 28, 2025
Page 2

The HCPO's time to answer, move, or otherwise respond to the Complaint is presently June 6, 2025. If the extension requested herein is granted, the response deadline for the HCPO and the Individual Defendants would be August 5, 2025.

Plaintiff's counsel has graciously consented to this request.

Thank you in advance for your time and consideration of this request. Should the Court have any questions or concerns, do not hesitate to contact me.

                                      Respectfully submitted,

                                      MATTHEW J. PLATKIN
                                      ATTORNEY GENERAL OF NEW JERSEY

                By:     /s/Michael B. McNeil
                            Michael B. McNeil
                            Deputy Attorney General

c.       All counsel of record (via CM/ECF)