# IN THE UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| **DION MILLER** | : | CIVIL ACTION |
| Plaintiff(s), | : | |
| v. | : | No. **2:25-cv-1009** |
| **SEAN MEANS, ET AL.** | : | AFFIRMATION OF SERVICE |
| Defendant(s) | : | |

## AFFIRMATION OF SERVICE

I, Nathaniel L. Foote, Esq., counsel for Plaintiff in the above-captioned matter, hereby affirm and state as follows:

1. I am an attorney duly admitted to practice and counsel of record for Plaintiff.

2. On May 20, 2025, the Summons and Complaint were served upon Defendant Charlie Russo in accordance with Rule 4(c)(2) of the Federal Rules of Civil Procedure.

3. Service was effectuated by delivering a copy of the Summons and Complaint to Deanne Groves**,** the spouse of Defendant Charlie Russo, at Defendant's usual place of abode.

4. Ms. Groves is a person of suitable age and discretion who resides therein, and service was made at the residence located at 12360 Capri N. Circle, Treasure Island, FL 33706, where upon information and belief, Defendant Charlie Russo customarily resides.

5. A true and correct copy of the proof of service is annexed hereto as Exhibit A.

I affirm under penalty of perjury that the foregoing is true and correct.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

Dated: May 28, 2025

*s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq.
4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143
nate@vca.law
*Attorneys for Plaintiff*