## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of New Jersey

Case Number: 2:25-CV-01009-CCC-JRA

Plaintiff:
**DION MILLER**

vs.

Defendant:
**SEAN MEANS; ET AL**

For:
ANDREOZZI & FOOTE
4503 N. FRONT ST.
HARRISBURG, PA 17110

Received by Accel Process Service, Inc. on the 20th day of May, 2025 at 1:49 pm to be served on **CHARLES A. RUSSO, 11340 7TH E. STREET, TREASURE ISLAND, FL 33706.**

I, PATRICK MCAULIFFE, do hereby affirm that on the **21st day of May, 2025** at **5:00 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS; CIVIL COVER SHEET; COMPLAINT** with the date and hour of service endorsed thereon by me, to: **Deanne Groves** as **Wife** at the address of: **12360 Capri N Circle, TREASURE ISLAND, FL 33706**, the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Military Status:** The person served with said documents refused to state whether or not the Defendant is in the Military Service of the United States of America.

**Marital Status:** Based upon inquiry of party served, Defendant is married.

**Description** of Person Served: Age: 61, Sex: F, Race/Skin Color: White, Height: 5'4", Weight: 140, Hair: Salt & Pepper, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server, in good standing, in the judicial circuit in which the process was served. Under penalties of perjury, I declare that I have read the foregoing (document) and that the facts stated are true. No notary required pursuant to Florida State Statutes 92.525 (B) (2).

*[signature]*

**PATRICK MCAULIFFE**
APS #09042

Accel Process Service, Inc.
10485 Hazel Street
Largo, FL 33778
(727) 492-0651

Our Job Serial Number: DAT-2025000867

Copyright © 1992-2025 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a