**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
Philip S. Adelman, Esq.
Assistant Corporation Counsel
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810
padelman@jcnj.org
Attorney for Defendants City of Jersey City and Police Officers
Sean Means, Martin D'Angelo and Carmine Disbrow

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DION MILLER, <br><br>                 Plaintiff, <br><br> v. <br><br> SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY, <br><br>                 Defendants. | CIVIL ACTION NO. 2:25-cv-01009 (CCC)(JRA) <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)** |

TO:  The Honorable Claire C. Cecchi, U.S.D.J.
     United States District Court for the District of New Jersey
     Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
     50 Walnut Street
     Newark, New Jersey 07102

     All Counsel of Record

**PLEASE TAKE NOTICE** that on September 2, 2025, the undersigned

counsel for defendants City of Jersey City and Police Officers

Sean Means, Martin D'Angelo and Carmine Disbrow (collectively the

"City Defendants"), will move before in the United States District

Court for the District of New Jersey, Newark, New Jersey for an

Order Dismissing Plaintiff's Complaint and all claims against the

City Defendants under Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, a

brief is provided herewith together with a proposed form of Order.


Dated: August 5, 2025

**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
Attorneys for Defendants the
City of Jersey City and Police
officers Sean Means, Martin
D'Angelo and Carmine Disbrow

By:*/s/Philip Adelman*
    Philip Adelman
    Assistant Corporation Counsel