**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
Philip S. Adelman, Esq.
Assistant Corporation Counsel
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810
padelman@jcnj.org
Attorney for Defendants City of Jersey City,
Sean Means, Martin D'Angelo and Carmine Disbrow

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DION MILLER,<br><br>　　　　　　　Plaintiffs,<br><br>v.<br><br>SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,<br><br>　　　　　　　Defendants. | CIVIL ACTION NO. 2:25-cv-01009 (CCC)(JRA)<br><br>**CERTIFICATION OF SERVICE** |

　　　1.　I am an Assistant Corporation Counsel and represent the defendants the City of Jersey City and police officers Sean Means, Martin D'Angelo and Carmine Disbrow (collectively the "City Defendants") in the above matter. As such I am familiar with the facts set forth herein.

　　　2.　On August 5, 2025, I filed a notice of motion, brief, proposed order and this certification via ECF in support of the City Defendants' motion to dismiss the Complaint pursuant to Rule

12(b)(6) and returnable on September 2, 2025.

    3.  On August 5, 2025, I caused a copy of the documents listed in paragraph 2 above to be sent via ECF to the following:

> The Honorable Claire C. Cecchi, U.S.D.J.
> United States District Court
> District of New Jersey
> Martin Luther King, Jr. Federal Bldg. & U.S. Courthouse
> 50 Walnut Street
> Newark, New Jersey 07102
>
> All Counsel of Record

The foregoing statements are true to the best of my knowledge, information and belief. I am aware that if any statements made by me are willfully false, I will be subject to punishment.

Dated: August 5, 2025

By: */s/Philip Adelman*
    Philip S. Adelman, Esq.
    Asst. Corp. Counsel