**BRITTANY M. MURRAY**
**ACTING CORPORATION COUNSEL**
Philip S. Adelman, Esq.
Assistant Corporation Counsel
Jersey City Law Department
City Hall-280 Grove Street
Jersey City, New Jersey 07302
(201) 547-4810
padelman@jcnj.org
Attorney for Defendants City of Jersey City and Police Officers Sean Means, Martin D'Angelo and Carmine Disbrow

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DION MILLER,<br><br>                    Plaintiffs,<br><br>v.<br><br>SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,<br><br>                    Defendants. | CIVIL ACTION NO.<br>2:25-cv-01009 (CCC)(JRA)<br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by counsel for the Defendants the City of Jersey City and Police Officers Sean Means, Martin D'Angelo and Carmine Disbrow (collectively the "City Defendants") by way of a Motion to Dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a), and this Court, having considered the submissions and arguments of the parties, and for the reasons stated in this Court's Opinion dated _____, and for good cause shown,

**IT IS** therefore on this ____ day of _____ , 2025

1

**ORDERED:**

    1.   That the City Defendants' motion to dismiss is hereby granted in its entirety.

    2.   That all of Plaintiff's claims and any cross-claims against the City Defendants in the above captioned matter are hereby dismissed without prejudice.

    3.   That the Complaint is hereby dismissed without prejudice with regard to the City Defendants.

_____

U.S.D.J.

\_\_\_\_\_ Opposed

\_\_\_\_\_ Unopposed

2