

*State of New Jersey*

PHILIP D. MURPHY
*Governor*

TAHESHA L. WAY
*Lt. Governor*

DEPARTMENT OF LAW AND PUBLIC SAFETY
DIVISION OF LAW
25 MARKET STREET
PO BOX 112
TRENTON, NJ  08625-0112

MATTHEW J. PLATKIN
*Attorney General*

MICHAEL C. WALTERS
*Acting Director*

August 5, 2025

**VIA CM/ECF**
Hon. José R. Almonte, U.S.M.J.
United States District Court
Martin Luther King Bldg. & U.S. Courthouse
50 Walnut Street, Courtroom PO 8
Newark, NJ 07101

> **RE:   Dion Miller v. Sean Means, et al.**
> **Civil Action No. 2:25-cv-1009-CCC-JRA**

Dear Judge Almonte:

Undersigned counsel represents the Hudson County Prosecutor's Office ("HCPO") in the above-referenced matter, in which several individual defendants connected to the HCPO have also been joined as defendants – namely, Vincent Doherty, Mike Gelchion, and Charlie Russo (together "Individual Defendants").

I am writing to update the Court on the current status of my office's representation of the Individual Defendants. By way of brief background, my office previously advised that Court that we cannot undertake representation of the Individual Defendants until we complete a two-step process: (1) determine whether the Individual Defendants can be afforded representation pursuant to Title 59 and *Wright v. State*, 778 A.2d 443 (N.J. 2001); and (2) presuming such is appropriate, then complete conflict checks for each party to ensure that my office can represent the Individual Defendants.

Since our last letter of May 28, 2025 (ECF No. 35), my office has received a request for representation from Mr. Gelchion and have completed conflict checks. However, completing these tasks for Defendants Doherty and Russo has proven to be more difficult. We have contacted Mr. Russo and are continuing through issues





Hon. José R. Almonte, U.S.M.J.
August 5, 2025
Page 2

regarding my office's representation of him is appropriate under *Wright v. State*. We have so far been unable to get in touch with Mr. Doherty, but are continuing to work with the HCPO to make contact.

Consequently, I am writing to respectfully request that the HCPO and the Individual Defendants share a common deadline to answer, move, or otherwise respond to the Complaint and that that deadline be extended for an additional forty-five (45) days. The extension will allow my office time to complete its due diligence, and will afford the Individual Defendants time to retain separate counsel in the event my office cannot undertake representation. The extension will also serve the interests of judicial economy by avoiding piecemeal filings by my office for the HCPO and Individual Defendants.

In accordance with the Court's May 29, 2025 Order (ECF No. 37), the time for the HCPO and Individual Defendants to answer, move, or otherwise respond to the Complaint is presently August 5, 2025. If the extension requested herein is granted, the response deadline for the HCPO and the Individual Defendants would be September 19, 2025.

Plaintiff's counsel has graciously consented to this request.

Thank you in advance for your time and consideration of this request. Should the Court have any questions or concerns, do not hesitate to contact me.

Respectfully submitted,

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:    */s/Azeem M. Chaudry*
       Azeem M. Chaudry
       Deputy Attorney General

c.    All counsel of record (via CM/ECF)