# ANDREOZZI + FOOTE
## ATTORNEYS AT LAW

VIA CM/ECF

August 7, 2025

Honorable Claire C. Cecchi, U.S.D.J.
Unites States District Court
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

    Re:    **Dion Miller v. Sean Means, et al.**
             **Civil Action No. 2:25-cv-1009-CCC-JRA**

Dear Judge Cecchi:

Undersigned counsel represents Plaintiff Dion Miller in the above-captioned matter. Pursuant to Local Civil Rule 7.1(d)(2), Plaintiff's opposition to the Motion to Dismiss (ECF No. 40), filed by Defendants City of Jersey City and Police Officers Sean Means, Martin D'Angelo, and Carmine Disbrow, is currently due on August 19, 2025.

Due to several upcoming deadlines, Plaintiff respectfully requests a 30-day extension of time to respond to the Motion to Dismiss. This would make Plaintiff's new deadline September 19, 2025. This is Plaintiff's first request for an extension relating to this Motion and counsel for the City Defendants has been contacted and does not object.

We thank the Court for its consideration of this request.

Respectfully,

/s/ Nathaniel Lucas Foote Esq.
nate@vca.law

cc: All counsel of record (via CM/ECF)

SO ORDERED.

_____
Hon. José R. Almonte, U.S.M.J.
Date: August 8, 2025