MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
R.J. Hughes Justice Complex
25 Market Street | P.O. Box 112
Trenton, New Jersey 08625
 *Attorney for Defendants*
 *Hudson County Prosecutor's Office and Michael Gelchion*

By: Azeem M. Chaudry  (206962019)
 Deputy Attorney General
 (609) 376-2440
 Azeem.Chaudry@law.njoag.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**
**VICINAGE OF NEWARK**

| | | |
|---|---|---|
| DION MILLER, | : | HON. CLAIRE C. CECCHI, U.S.D.J. |
| | : | HON. JOSE R. ALMONTE, U.S.M.J. |
| Plaintiffs, | : | |
| | : | Civil Action No. 2:25-cv-01009-CCC-JRA |
| v. | : | |
| | : | |
| SEAN MEANS, et al., | : | |
| | : | **CERTIFICATION OF SERVICE** |
| Defendants. | : | |
| | : | |

I hereby certify that on September 9, 2025, a verbatim copy of the Court's September 8, 2025 Text Order, *see* ECF No. 48, was transmitted to defendant Vincent Doherty in the form of a letter via electronic mail, regular mail, and certified mail, with a return receipt requested at the following address:

Vincent Doherty
627 Eyck Avenue
Lyndhurst, NJ 07071

I hereby further certify that on September 10, 2025, a verbatim copy of the Court's September 8, 2025 Text Order was sent to defendant Charles Russo in a letter via email, regular mail and certified mail, return receipt requested at the following addresses:

Charles Russo
11340 7th Street East
Treasure Island, FL 33706

Charles Russo
12360 Capri N. Circle
Treasure Island, FL 33706

MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY

By:    */s/ Azeem M. Chaudry*
       Azeem M. Chaudry
       Deputy Attorney General

DATED: September 10, 2025

2