# ANDREOZZI + FOOTE
## ATTORNEYS AT LAW

VIA CM/ECF

September 15, 2025

Honorable José R. Almonte, U.S.M.J.
United States District Court
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

**Re:** **Dion Miller v. Sean Means, et al. | Civil Action No. 2:25-cv-1009-CCC-JRA**

Dear Judge Almonte:

Undersigned counsel represents Plaintiff Dion Miller in the above-captioned matter. Plaintiff respectfully writes to address two issues in this matter: (1) Hudson County's failure to respond to the Complaint, and (2) the status of the pending motions to dismiss and associated deadlines.

Hudson County was served with the Summons and Complaint on April 21, 2025, and proof of service was filed with the Court on April 28, 2025 (ECF No.27). On August 20, 2025, Plaintiff sent a follow-up letter to Hudson County Counsel enclosing the Complaint and Affidavit of Service and asking whether the County intended to appear. To date, Hudson County has not filed an Answer, entered an appearance, or submitted any responsive pleading. Pursuant to Fed. R. Civ. P. 12(a)(1)(A), the County's time to respond expired in May.

With respect to motions practice, multiple filings are now before the Court. On August 5, 2025, the City of Jersey City and Officers Means, D'Angelo, and Disbrow filed a Rule 12(b)(6) Motion to Dismiss (ECF No. 40). By Order entered August 7, 2025 (ECF No. 45), the Court granted Plaintiff a thirty-day extension of time, making the opposition due on September 19, 2025.

In addition, The Hudson County Prosecutor's Office and Defendant Michael Gelchion recently filed a Motion to Dismiss (ECF No. 47), to which Plaintiff's opposition is currently due on September 22, 2025, pursuant to Local Civil Rule 7.1(d)(2). The Attorney General Office has also indicated potential representation of Defendants Doherty and Russo, and the Court's September 8, 2025 Text Order (ECF No. 48) requires those defendants to answer or respond by September 19, 2025.

In light of these staggered deadlines, Plaintiff respectfully requests leave to file one consolidated opposition addressing all pending and forthcoming motions to dismiss, and a reasonable extension of time beyond the current September 19 and 22 deadlines to do so. Plaintiff proposes October 6, 2025, as the new deadline for filing the consolidated opposition.

Thank you in advance for your time and consideration of this request.

Respectfully,

/s/ Nathaniel Lucas Foote Esq.
nate@vca.law

cc: All counsel of record (via CM/ECF)