**DURKIN & DURKIN, LLC**
Gregory F. Kotchick, Esq. (N.J. Bar No. 027971999)
gkotchick@durkinlawfirm.com
**1120 BLOOMFIELD AVENUE**
**P.O. BOX 1289**
**WEST CALDWELL, NEW JERSEY 07007**
**(973) 244-9969**
Attorneys for the Defendant, Hudson County

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION MILLER,<br><br>          Plaintiff,<br><br>vs.<br><br>SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,<br><br>          Defendant. | Civil Action No.: 2:25-cv-01009 – CCC/JRA<br><br><br>NOTICE OF APPEARANCE |

**PLEASE TAKE NOTICE** that Gregory F. Kotchick, Esq. of the firm Durkin & Durkin, LLC hereby enters his appearance as counsel on behalf of the Defendant, Hudson County. The contact information for the undersigned is:

Gregory F. Kotchick, Esq.
Attorney I.D. # 027971999
Durkin & Durkin, LLC
1120 Bloomfield Avenue
West Caldwell, New Jersey 07007
(t) 973-244-9969
(f) 973-2274676
(email) gkotchick@durkinlawfirm.com

The undersigned attorney hereby requests that all notices to be given or required to be served in this case be given and served upon him.

DURKIN & DURKIN, LLC
Attorney for Defendant, Hudson County

By: _____
Gregory F. Kotchick

Dated: September 18, 2025