MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant Charles Russo*

By:  Azeem M. Chaudry
     Deputy Attorney General
     (609) 376-2440
     Azeem.Chaudry@law.njoag.gov

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION MILLER,<br><br>                        Plaintiff,<br><br>v.<br><br>SEAN MEANS, ET AL.,<br><br>                        Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>Docket No. Civ. No. 2:25-cv-01009<br><br>Civil Action<br><br>**NOTICE OF MOTION** |

TO:  Via CM/ECF

   Clerk of the Court

   All counsel of Record

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, Matthew J. Platkin, Attorney General of New Jersey, with Azeem M. Chaudry, Deputy Attorney General, appearing on behalf of the Charles Russo (improperly plead as "SGT. Charlie Russo") shall move before this Court for an Order dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, the undersigned will rely upon the attached Brief.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 78 and L. Civ. R. 78.1, it is requested that the Court consider this motion on the papers submitted unless opposition is timely filed and served, in which case oral argument is requested.

A proposed form of Order is attached hereto.

          Respectfully submitted,

          MATTHEW J. PLATKIN
          ATTORNEY GENERAL OF NEW JERSEY

          By:    *s/ Azeem M. Chaudry*
                    Azeem M. Chaudry
                    Deputy Attorney General

Dated: September 19, 2025