MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendant*
    *Charles Russo*

By:    Azeem M. Chaudry
       Deputy Attorney General
       (609) 376-2440
       Azeem.Chaudry@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION MILLER, | Hon. Claire C. Cecchi, U.S.D.J. |
| | Hon. Jose R. Almonte, U.S.M.J. |
| Plaintiff, | |
| | Docket No. Civ. No. 2:25-cv-01009 |
| v. | |
| | Civil Action |
| SEAN MEANS, ET AL., | |
| | **ORDER** |
| Defendants. | |

**THIS MATTER** having been brought before the Court by Matthew J. Platkin, Attorney General of New Jersey, with Azeem M. Chaudry, Deputy Attorney General, appearing as counsel for Defendant, Charles Russo, the Court, having

considered the papers submitted herein, and for good cause shown;

**IT IS** on this _____day of _____, 2025;

**ORDERED** that the Defendants' Motion to Dismiss Plaintiff's Complaint against Defendant Charles Russo is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that Plaintiff's Complaint against Defendant Charles Russo is hereby **DISMISSED WITH PREJUDICE**.

_____
Hon. Claire C. Cecchi, U.S.D.J.