# ANDREOZZI + FOOTE
## ATTORNEYS AT LAW

**VIA CM/ECF**

September 23, 2025

Honorable José R. Almonte, U.S.M.J.
United States District Court
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

SO ORDERED.

_____
Hon. José R. Almonte, U.S.M.J.
Date: September 24, 2025

**Re:   Dion Miller v. Sean Means, et al. | Civil Action No. 2:25-cv-1009-CCC-JRA**

Dear Judge Almonte:

The parties in the above-referenced matter submit this joint letter in response to Your Honor's Text Order of September 18, 2025, with several updates:

- Counsel for Defendant Hudson County entered his appearance on September 18, 2025. Therefore, Plaintiff will not move for entry of default against Hudson County.

- Your Honor's Text Order of September 8, 2025 ordered Defendant Captain Vincent Doherty to answer or otherwise respond to the Complaint by September 19, 2025. Your Honor's Order directed Plaintiff to move for entry of default should Defendant Doherty not answer or respond by September 19, 2025. Seeing no response on behalf of Defendant Doherty, Plaintiff will now proceed with a request for entry of default.

- With respect to motions practice, there have been several updates since Plaintiff's September 15, 2025 request for an extension to the briefing deadlines. Specifically:

    o On August 5, 2025, the City of Jersey City and Officers Means, D'Angelo, and Disbrow filed a Motion to Dismiss (ECF No. 40). (As stated in Plaintiff's 9/15/2025 correspondence.)
    o On September 5, 2025, the Hudson County Prosecutor's Office and Defendant Michael Gelchion filed a Motion to Dismiss (ECF No. 47). (As stated in Plaintiff's 9/15/2025 correspondence.)
    o On September 19, 2025, Defendant Charles Russo filed a Motion to Dismiss (ECF No. 54).
    o Newly entered counsel for Hudson County expressed his intention of also filing a Motion to Dismiss, however he needs a reasonable extension to do so.

In light of these ongoing staggered Motions and corresponding response deadlines, the parties have conferred and consent to the following proposal:

- Hudson County shall have until October 20, 2025 to file a Motion to Dismiss.
- Plaintiff shall have until November 20, 2025 to file one (1) consolidated response to all Motions to Dismiss, including the Motion to be filed by Hudson County.

Thank you in advance for your time and consideration of this request.

Respectfully,

/s/ Nathaniel Lucas Foote, Esq. (counsel for Plaintiff)

/s/ Azeem M. Chaudry, Esq. (counsel for the Hudson County Prosecutor's Office, Defendant Gelchion, and Defendant Russo)

/s/ Philip S. Adelman, Esq. (counsel for the City of Jersey City and Defendants Means, D'Angelo, and Disbrow)

/s/ Gregory F. Kotchick, Esq. (counsel for Hudson County)