**DURKIN & DURKIN, LLC**
Gregory F. Kotchick, Esq.
1120 Bloomfield Avenue, P.O. Box 1289
West Caldwell, New Jersey 07007
(973) 244-9969  - Our File No: 3959-10
gkotchick@durkinlawfirm.com

**Attorney for the Defendant, Hudson County**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DION MILLER,** <br><br> **Plaintiff,** <br><br> v. <br><br> **SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,** <br><br> **Defendants.** | **CIVIL ACTION NO. 2:25-cv-01009 (CCC) (JRA)** <br><br> **NOTICE OF MOTION TO DISMISS PLAINTIFF'S COMPLAINT PURSUANT TO RULE 12(B)(6)** |

TO: The Honorable Claire C. Cecchi, U.S.D.J.
    United States District Court for the District of New Jersey
    Martin Luther King, Jr. Federal Building & U.S. Courthouse
    50 Walnut Street
    Newark, NJ 07102

    All Counsel of Record

    **PLEASE TAKE NOTICE** that on December 15, 2025, or such other date as determined by the Court, the undersigned counsel for Defendant Hudson County will move before the United States District Court for the District of New Jersey, for an Order Dismissing Plaintiff's Complaint and all claims against the Defendant Hudson County under Fed. R. Civ. P. 12(b)(6).

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, a brief is provided herewith together with a proposed form of Order.

        **DURKIN & DURKIN, LLC**
        Attorney for Defendant
        Hudson County

By: /s/ *Gregory F. Kotchick*
      Gregory F. Kotchick

Dated:  October 20, 2025