**DURKIN & DURKIN, LLC**
**Gregory F. Kotchick, Esq.**
**1120 Bloomfield Avenue, P.O. Box 1289**
**West Caldwell, New Jersey 07007**
**(973) 244-9969  - Our File No: 3959-10**
gkotchick@durkinlawfirm.com

**Attorney for the Defendant, Hudson County**

---

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DION MILLER,** | CIVIL ACTION NO. 2:25-cv-01009 (CCC) (JRA) |
| **Plaintiff,** | |
| v. | |
| **SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,** | **CERTIFICATION OF SERVICE** |
| **Defendants.** | |

1. I am the attorney for the Defendant Hudson County in the above-captioned matter. I am responsible for the day-to-day handling of this matter and, as such, I am competent to make this Certification.

2. On October 20, 2025, I filed a Notice of Motion, Brief, Proposed Order, and this Certification via ECF in support of Defendant Hudson County's motion to dismiss the Complaint pursuant to Rule 12(b)(6) and returnable December 15, 2025.

3. On October 20, 2025, I caused a copy of the documents listed in Paragraph 2 above to be sent via ECF to the following:

The Honorable Claire C. Cecchi, U.S.D.J.
United States District Court for the District of New Jersey
Martin Luther King, Hr. Federal Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

All Counsel of Record

The foregoing statements are true to the best of my knowledge, information, and belief. I am aware that if any statements made by me are willfully false, I will be subject to punishment.

                             **DURKIN & DURKIN, LLC**
                             Attorney for Defendant
                             Hudson County

               By: /s/ *Gregory F. Kotchick*
                             Gregory F. Kotchick

Dated: October 20, 2025