**DURKIN & DURKIN, LLC**
**Gregory F. Kotchick, Esq.**
**1120 Bloomfield Avenue, P.O. Box 1289**
**West Caldwell, New Jersey 07007**
**(973) 244-9969  - Our File No: 3959-10**
**gkotchick@durkinlawfirm.com**

**Attorney for the Defendant, Hudson County**

___

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DION MILLER,**<br><br>                              **Plaintiff,**<br><br>v.<br><br>**SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,**<br><br>                              **Defendants.** | **CIVIL ACTION NO. 2:25-cv-01009 (CCC) (JRA)**<br><br><br>**ORDER** |

**THIS MATTER** having been opened to the Court by counsel for the Defendant, Hudson County, by way of a Motion to Dismiss for failure to state a claim pursuant to Fed. R. Civ. P. 12(b)(6) and 8(a), and this Court, having considered the submissions and arguments of the parties, and for the reasons stated in this Court's Opinion dated _____, and for good cause shown,

**IT IS** therefore on this _____, day of _____, 2025

**ORDERED:**

1. That the Defendant Hudson County's motion to dismiss is hereby granted in its entirety.

2. That all of Plaintiff's claims and crossclaims against the Defendant Hudson County in the above-captioned matter are hereby dismissed.

3. That the Complaint is hereby dismissed with regard to the Defendant Hudson County.

_____
U.S.D.J.

____ Opposed

____ Unopposed