MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex 25 Market Street | P.O. Box 112
Trenton, New Jersey 08625-0112
    *Attorney for Defendants Hudson County Prosecutor's Office, Michael Gelchion, Charles Russo, and Vincent Doherty*

By:    Azeem M. Chaudry
        Deputy Attorney General
        (609) 376-2440
        Azeem.Chaudry@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION MILLER,<br><br>            Plaintiff,<br><br>v.<br><br>SEAN MEANS, ET AL.,<br><br>           Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>Docket No. Civ. No. 2:25-cv-01009<br><br>Civil Action<br><br>**NOTICE OF MOTION** |

TO:    Via CM/ECF

       Clerk of the Court  All

       counsel of Record

**PLEASE TAKE NOTICE** that as soon as counsel may be heard, the undersigned, Matthew J. Platkin, Attorney General of New Jersey, with Azeem M. Chaudry, Deputy Attorney General, appearing on behalf of the Vincent Doherty shall move before this Court for an Order partially dismissing Plaintiff's Complaint.

**PLEASE TAKE FURTHER NOTICE** that, in support of this Motion, the undersigned will rely upon the attached Brief.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Fed. R. Civ. P. 78 and L. Civ. R. 78.1, it is requested that the Court consider this motion on the papers submitted unless opposition is timely filed and served, in which case oral argument is requested.

A proposed form of Order is attached hereto.

                                Respectfully submitted,

                                MATTHEW J. PLATKIN
                                ATTORNEY GENERAL OF NEW JERSEY

                            By:    *s/ Azeem M. Chaudry*
                                      Azeem M. Chaudry
                                      Deputy Attorney General

Dated: October 27, 2025