MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex 25 Market Street
P.O. Box 112
Trenton, New Jersey 08625-0112
   *Attorney for Defendants Hudson County Prosecutor's Office,*
   *Michael Gelchion, Charles Russo, and Vincent Doherty*

By:   Azeem M. Chaudry
      Deputy Attorney General
      (609) 376-2440
      Azeem.Chaudry@law.njoag.gov

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION MILLER,<br><br>          Plaintiff,<br><br>v.<br><br>SEAN MEANS, ET AL.,<br><br>          Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>Docket No. Civ. No. 2:25-cv-01009<br><br><u>Civil Action</u><br><br>**CERTIFICATION OF SERVICE** |

    I, Azeem M. Chaudry, Deputy Attorney General, hereby certify that I filed the following documents via PACER with the Clerk of the Court:

    1. Notice of Motion to Dismiss Plaintiff's Complaint;

    2. Brief;

3.  Proposed Form of Order.

I further certify that copies of the above documents were served via PACER on all parties of record.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

                                        By:   *s/ Azeem M. Chaudry*
                                                Azeem M. Chaudry
                                                Deputy Attorney General

Dated: October 27, 2025