MATTHEW J. PLATKIN
ATTORNEY GENERAL OF NEW JERSEY
Richard J. Hughes Justice Complex 25
Market Street | P.O. Box 112
Trenton, New Jersey 08625-0112
*Attorney for Defendants Hudson County Prosecutor's Office,
Michael Gelchion, Charles Russo, and Vincent Doherty*

By:   Azeem M. Chaudry
      Deputy Attorney General
      (609) 376-2440
      Azeem.Chaudry@law.njoag.gov

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SEAN MEANS, ET AL.,<br><br>Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>Docket No. Civ. No. 2:25-cv-01009<br><br>Civil Action<br><br>**ORDER** |

**THIS MATTER** having been brought before the Court by Matthew J. Platkin, Attorney General of New Jersey, with Azeem M. Chaudry, Deputy Attorney General, appearing as counsel for Defendant, Vincent Doherty, the Court, having

considered the papers submitted herein, and for good cause shown;

**IT IS** on this ____ day of _____, 2025;

**ORDERED** that the Defendants' Motion to Dismiss as to Counts V and XI of Plaintiff's Complaint against Defendant Vincent Doherty is hereby **GRANTED**; and;

**IT IS FURTHER ORDERED** that Counts V and XI in Plaintiff's Complaint against Vincent Doherty is hereby **DISMISSED WITH PREJUDICE**.

_____
Hon. Claire C. Cecchi, U.S.D.J.