# ANDREOZZI + FOOTE
### ATTORNEYS AT LAW

**VIA CM/ECF**

November 24, 2025

Honorable José R. Almonte, U.S.M.J.
United States District Court
Martin Luther King, Jr. Bldg. & U.S. Courthouse
50 Walnut Street
Newark, NJ 07102

SO ORDERED.

Hon. José R. Almonte, U.S.M.J.
Date: November 25, 2025

**Re:  Dion Miller v. Sean Means, et al. | Civil Action No. 2:25-cv-1009-CCC-JRA**

Dear Judge Almonte:

On October 27, 2025, Your Honor entered an Order in which you ordered Plaintiff to file a joint opposition to all Defendants' Motions in a single filing no later than November 28, 2025.

Plaintiff's counsel has been working diligently on said opposition, but because of the holiday this week, and several other competing deadlines, would benefit greatly from a one (1) week extension. Should Your Honor grant this extension request, Plaintiff's joint opposition to all pending Motions to Dismiss would now be due December 5, 2025.

Counsel for Defendants consent to this request.

Thank you in advance for your time and consideration of this request.

Respectfully,

/s/ Nathaniel Lucas Foote, Esq. (counsel for Plaintiff)

Cc: All counsel of record (via CM/ECF)