# ANDREOZZI + FOOTE
## ATTORNEYS AT LAW

**VIA ECF**

February 6, 2026

Honorable Judge Jose A. Almonte
Unites States District Court
50 Walnut Street, Courtroom PO 8
Martin Luther King Bldg. & U.S. Courthouse
Newark, NJ 07101

SO ORDERED.

_____
Hon. José R. Almonte, U.S.M.J.
Date: February 9, 2026

**Re:   Dion Miller v. Sean Means, et al.**

Dear Judge Almonte:

Pursuant to the Order entered by this Honorable Court on January 27, 2026 (Dckt. 83), counsel for Defendant Doherty and Plaintiff have conferred twice regarding Mr. Doherty's recent death. Mr. Doherty's counsel, Azeem Chaudry, has reached out to the Doherty family regarding their willingness to substitute into the litigation on behalf of the estate. By the time of this filing, the family has not returned Mr. Chaudry's call.

In the near future, Defendant Doherty will file a Rule 25(a) suggestion of death. Plaintiff will then file a motion to substitute in Defendant Doherty's Estate into this litigation. The Parties are working collaboratively on the substitution issue and seek another 14 days to provide a status report to the Court regarding the substitution of Defendant Doherty's estate.

Respectfully submitted,

*/s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq.
Veronica N. Hubbard, Esq.
4503 N. Front St.
Harrisburg, PA 17110
800-706-2764
nate@vca.law
veronica@vca.law
*Counsel for Plaintiff Dion Miller*

Jon Loevy, Esq.
Elliot Slosar, Esq.
Tara Thompson, Esq
Kathryn Montenegro, Esq.
Loevy & Loevy
Chicago, IL 60607
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
*Counsel for Plaintiff Dion Miller*

*/s/ Azeem M. Chaudry*
Azeem M. Chaudry, Esq.
New Jersey Office of the Attorney General
25 Market Street
Ste. PO Box 112
973-713-1850
azeem.chaudry@law.njoag.gov
*Counsel for Defendants Mike Gelician, Vincent Doherty, and the Hudson County Prosecutor's Office*