**NOT FOR PUBLICATION**

### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DION MILLER<br><br>               Plaintiff,<br><br>v.<br><br>SEAN MEANS, et al.,<br><br>               Defendants. | No. 25-cv-1009<br><br>**MEDIATION ORDER** |

This matter having come before the Court by way of Defendants' motions to dismiss (ECF Nos. 40, 47, 54, 62, 69) Plaintiff's complaint (ECF No. 1); and it appearing that mediation would conserve the resources and be in the best interests of the Court and the Parties;

**IT IS** on this 20th day of May 2026,

**ORDERED THAT:**

1.  This civil action be and hereby is referred to mediation.

2.  Counsel and the Parties shall participate in mediation and shall cooperate with the Mediator: **Sheryl M. Goski, Esq., 414 Washington Boulevard, Sea Girt, NJ 08750**.

3.  Counsel and the Parties (including individuals with settlement authority) shall attend mediation sessions as requested by the Mediator.

4.  Defendants' motions to dismiss (ECF Nos. 40, 47, 54, 62, 69) are administratively terminated without prejudice.  To the extent this matter is not resolved through mediation, the Parties shall advise the Court by letter and the motions shall thereafter be reinstated.

**SO ORDERED.**

                             */s/ Claire C. Cecchi*
                          **CLAIRE C. CECCHI, U.S.D.J.**