

**ANDREOZZI + FOOTE**
ATTORNEYS AT LAW

**VIA ECF**

July 9, 2026

The Honorable Judge Jose A. Almonte, U.S.M.J.
Unites States District Court
50 Walnut Street, Courtroom PO 8
Martin Luther King Bldg. & U.S. Courthouse
Newark, NJ 07101

**Re:    Dion Miller v. Sean Means, et al.**
**Civil Action No. 2:25-cv-01009 (CCC)(JRA)**

Dear Judge Almonte:

We are writing to seek clarification regarding Your Honor's June 26, 2026 Order relating to our Motion for Substitution. While we understand the Rules contain service requirements, we want to assure we meet the Notice of Hearing requirements.

We intend on personally serving Vincent Doherty, Jr., Executor of the Estate of Vincent Doherty with the anticipated Amended Motion, once filed. We will then file an Affidavit of Service. However, we are unclear on Your Honor's procedures relating to a hearing on said Motion. We currently intend on serving Mr. Doherty, Jr. with any subsequent Orders setting deadlines as to the anticipated Amended Motion, once said Motion is filed and we receive an update relating to deadlines from the Court.

If Your Honor feels a Status Conference to address this matter would be helpful, we would respectfully request one. We just want to assure we are properly addressing Your Honor's concerns as outlined in the June 26th Order. We appreciate Your Honor's attention to this matter.

Respectfully submitted,

*/s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq.
Veronica N. Hubbard, Esq.
4503 N. Front St.
Harrisburg, PA 17110
800-706-2764
nate@vca.law
veronica@vca.law
*Counsel for Plaintiff Dion Miller*

Elliot Slosar, Esq.
Tara Thompson, Esq
Kathryn Montenegro,Esq.
Loevy & Loevy
Chicago, IL 60607
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
*Counsel for Plaintiff Dion Miller*