**Edward J. Florio, Esq. (#025311987)**
**FLORIO KENNY RAVAL, L.L.P**
**125 Chubb Avenue, Suite 310 - N**
**Lyndhurst, New Jersey 07071**
**(201) 659-8011**
**Attorneys for Defendants: JERSEY CITY, SEAN MEANS, DET. CARMINE DISBROW AND MARTIN D'ANGELO**

| | |
|---|---|
| **DION MILLER,**<br><br>**Plaintiff**<br><br>**V.**<br><br>**SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTIAN VICENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY.**<br><br>**Defendants** | **UNITED STATES DISTRICT COURT**<br>**DISTRICT OF NEW JERSEY**<br>**CASE NO.: 2:25-cv-1009-CCC-JR**<br><br>**CIVIL ACTION**<br><br>**NOTICE OF APPEARANCE** |

The Court is advised that **EDWARD J. FLORIO, ESQ.** of the firm of **FLORIO KENNY RAVAL, LLP** hereby enters his appearance as counsel on behalf of Defendants, JERSEY CITY, SEAN MEANS, DET. CARMINE DISBROW AND MARTIN D'ANGELO. The contact information for the undersigned is:

Edward J. Florio, Esq.
**ATTORNEY ID # 025311987**
**FLORIO KENNY RAVAL, LLP**
125 CHUBB AVENUE
SUITE 310 - N
LYNDHURST, N.J. 07071

Phone: 201-659-8011
Fax: 201-659-8511
E-mail: eflorio@fkrlaw.com

FLORIO KENNY RAVAL, L.L.P.
Attorneys for Defendants,
JERSEY CITY, SEAN MEANS,
DET. CARMINE DISBROW
AND MARTIN D'ANGELO

By:________________________
EDWARD J. FLORIO, ESQ.

DATED: September 11, 2026