Sheryl Mintz Goski
Attorney At Law

*Negotiation, Mediation, Arbitration, Litigation*
*Admitted to Practice New York, New Jersey, District of Columbia and Florida*
414 Washington Boulevard
Sea Girt NJ 08750
FAX: (973) 629-1234
MOBILE: (908) 334- 8552

EMAIL: sgoski@goskilaw.com
www.goskilaw.com

30 September 2026

***VIA ECF***:
The Honorable Jose R. Almonte, USMJ
US Post Office and Courthouse
Courtroom 09
Newark, NJ 07102

Re: Miller v. Means, et al.
Civil Action No. 25-1009-CCC-JRA

Dear Judge Almonte:

As Your Honor is aware, this matter was referred to me for mediation by Judge Cecchi. The parties scheduled in-person mediation for this Monday, 5 October 2026. An issue has arisen recently regarding tender of defense and indemnity from a group of defendants to a co-defendant. The tender will not be resolved by Monday. The parties met with me today, virtually, and have agreed that the most productive course would be to re-schedule the in-person mediation to a peremptory date of 10 December 2026. It is hoped that this recent issue among defendants will be resolved before the December date.

Because the parties were intending to mediate on Monday, they hope to utilize that date to conduct an in-person deposition of a noticed witness.

Your Honor asked for a status report by 8 October 2026. The parties have authorized me to submit this letter to advise of the current state of the mediation and the intention to proceed, productively, in December as indicated above.

Respectfully,

s/ Sheryl Mintz Goski
ECF to Counsel