**DECOTIIS, FITZPATRICK & COLE, LLP**
Benjamin Clarke, Esq. (Attorney ID No. 033801980)
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
(201) 928-1100 | bclarke@decotiislaw.com

*Attorneys for Defendants, Hudson County Prosecutor's Office, Michael Gelchion, Charles Russo and Vincent Doherty, Jr., as Executor of the Estate of Vincent Doherty*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DION MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,<br><br>Defendants. | Civil Action No: 2:25-cv-01009 (CCC)(JRA)<br><br>**SUBSTITUTION OF ATTORNEY** |

The undersigned hereby consents to the substitution of Jennifer Davenport, Attorney General of New Jersey (by Michael B. McNeil, Deputy Attorney General) as the attorney for Defendants, Hudson County Prosecutor's Office, Michael Gelchion, Charles Russo and Vincent Doherty, Jr., as Executor of the Estate of Vincent Doherty in the above-captioned matter.

| | |
|---|---|
| **WITHDRAWING ATTORNEY:** | **SUPERSEDING ATTORNEY:** |
| **DECOTIIS, FITZPATRICK, COLE & GIBLIN, LLP** | **JENNIFER DAVENPORT, ATTORNEY GENERAL OF NEW JERSEY** |
| By: */s/Benjamin Clarke*<br>Benjamin Clarke, Esq. | By: */s/ Michael B. McNeil*<br>Michael B. McNeil, DAG |
| Dated: October 2, 2026 | Dated: October 2, 2026 |