**DECOTIIS, FITZPATRICK & COLE, LLP**
Sean W. Fogarty, Esq. (Attorney ID No. 370472021)
61 South Paramus Road, Suite 250
Paramus, New Jersey 07652
(201) 928-1100 | sfogarty@decotiislaw.com

*Attorneys for Defendants, Hudson County Prosecutor's Office, Michael Gelchion, Charles Russo and Vincent Doherty, Jr., as Executor of the Estate of Vincent Doherty*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DION MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO, HUDSON COUNTY,<br><br>Defendants. | Civil Action No: 2:25-cv-01009 (CCC)(JRA)<br><br>**NOTICE OF APPEARANCE** |

**TO:** Clerk of the Court and all parties of record

**PLEASE TAKE NOTICE** that Sean W. Fogarty , Esq. of DeCotiis, FitzPatrick & Cole, LLP, hereby enters appearance as counsel for Defendants, Hudson County Prosecutor's Office, Michael Gelchion, Charles Russo and Vincent Doherty, Jr., as Executor of the Estate of Vincent Doherty in the above captioned matter, and that all notices required to be given in this case, and all papers required to be served in this case, shall be given and served upon the undersigned at the address set forth above.

**DECOTIIS, FITZPATRICK & COLE, LLP**

By: */s/Sean W. Fogarty*
Sean W. Fogarty

Dated: October 2, 2026