ANDREOZZI + FOOTE
ATTORNEYS AT LAW

**VIA ECF**

October 13, 2026

Honorable Judge Jose A. Almonte
Unites States District Court
50 Walnut Street, Courtroom PO 8
Martin Luther King Bldg. & U.S. Courthouse
Newark, NJ 07101

**Re: Dion Miller v. Sean Means, et al.**

Dear Judge Almonte:

The Parties apologize for the untimeliness of this correspondence. The Parties intended to rely upon the September 30, 2026 letter from Mediator Goski as to the status of the underlying litigation.

The Parties had previously scheduled a mediation for October 5, 2026. After scheduling the mediation, an issue arose regarding the defense and indemnification between two groups of Defendants. The Parties have agreed to reschedule the mediation for December 10, 2026. Given the tender dispute, the Parties agreed to use the October 5, 2026 date for the deposition of a critical third-party witness, Sgt. William Heaney. To date, the Parties have conducted two depositions and are in the process of scheduling the depositions of Defendants Means and D'Angelo.

The Parties respectfully seek an opportunity to provide another status report to the Court by December 17, 2026.

Respectfully submitted,

*/s/ Nathaniel L. Foote*
Nathaniel L. Foote, Esq.
Veronica N. Hubbard, Esq.
4503 N. Front St.
Harrisburg, PA 17110
800-706-2764
nate@vca.law
veronica@vca.law
*Counsel for Plaintiff Dion Miller*

/s/
Jon Loevy, Esq.
Elliot Slosar, Esq.
Tara Thompson, Esq
Kathryn Montenegro, Esq.
Loevy & Loevy
Chicago, IL 60607
311 N. Aberdeen, 3rd Floor
Chicago, IL 60607
(312) 243-5900
*Counsel for Plaintiff Dion Miller*