**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEW JERSEY**

| | | |
|---|---|---|
| DION MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO (SGT), HUDSON COUNTY.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>Civil Action No. 2:25-cv-01009-CCC-JRA<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER**

THIS MATTER having come before the Court on Plaintiff Dion Miller's Motion to Extend Time to File a Motion for Substitution of Deceased Defendant Charles Russo, and the Court having considered the Motion and the Certification of Nathaniel L. Foote, Esq., and for good cause shown under Federal Rule of Civil Procedure 6(b)(1)(A),

IT IS on this ______ day of ____________________, 202___,

ORDERED that Plaintiff's Motion is GRANTED; and it is further

ORDERED that the time for Plaintiff to file a motion under Federal Rule of Civil Procedure 25(a)(1) to substitute the proper party for deceased Defendant Charles Russo is extended through and including ____________________, 2027.

________________________________

Hon. Jose R. Almonte, U.S.M.J.