# EXHIBIT A

**Tina Misal**

---

**From:** Katie Montenegro <katiem@loevy.com>
**Sent:** Friday, August 7, 2026 11:18 AM
**To:** Michael McNeil
**Cc:** elliot@loevy.com; nate@vca.law; veronica@vca.law; Michelle Mulkerin; Melinda Ek; Jon Loevy
**Subject:** Re: [EXTERNAL] Re: Dion Miller v. Sean Means, et al., No. 2:25-cv-1009

Hi Mike,

Thank you for your time yesterday and for letting us know. I'm sorry to hear about Russo's passing.

After you return, please do send along his Estate information.

Thank you for your continued cooperation,

Katie

**Katie Montenegro** (she/her)
Office: (312) 243-5900 / Direct: (312) 600-5349
311 N Aberdeen St, Chicago, IL 60607
katiem@loevy.com

On Fri, Aug 7, 2026 at 8:10 AM Michael McNeil <Michael.McNeil@law.njoag.gov> wrote:

Hi Katie.

As we discussed yesterday, I reached out to Mr. Russo's wife to start gathering information related to the progression of his dementia. The wife advised that Mr. Russo passed away this past Wednesday.

I can gather information about the estate if you'd like, but want to give the wife some time to grieve. I also wanted to give you a heads up before you start drafting the targeted discovery demands we discussed to save you the work if you decide to take a different approach now.

I'm out of office until next Wednesday. If needed, we can set up a call to discuss when I return.

Thanks.

DAG McNeil

---

**From:** Michael McNeil
**Sent:** Monday, August 3, 2026 11:14 AM
**To:** Katie Montenegro <katiem@loevy.com>
**Cc:** elliot@loevy.com <elliot@loevy.com>; nate@vca.law <nate@vca.law>; Veronica@vca.law <Veronica@vca.law>; Michelle Mulkerin <Michelle.Mulkerin@law.njoag.gov>; Melinda Ek <melinda@loevy.com>; Jon Loevy <jon@loevy.com>
**Subject:** RE: [EXTERNAL] Re: Dion Miller v. Sean Means, et al., No. 2:25-cv-1009

# EXHIBIT B

**Tina Misal**

**From:** Michael McNeil <Michael.McNeil@law.njoag.gov>
**Sent:** Thursday, August 27, 2026 8:59 AM
**To:** Veronica Hubbard
**Cc:** Elliot Slosar; Melinda Ek; Katie Montenegro; Tina Misal; Michelle Mulkerin
**Subject:** RE: Activity in Case 2:25-cv-01009-CCC-JRA MILLER v. MEANS et al Suggestion of Death

Hi Veronica.

Yes, I am in contact with Mr. Russo's wife and have reached out for estate information.

Michael B. McNeil | Deputy Attorney General
Law Enforcement and Corrections Section
Division of Law | Richard J. Hughes Justice Complex
25 Market Street | P.O. Box 112 | Trenton, NJ 08625-0112
T: (609) 262-4358 | F: (609) 777-3607
michael.mcneil@law.njoag.gov

PRIVILEGED AND CONFIDENTIAL

---

**From:** Veronica Hubbard <Veronica@vca.law>
**Sent:** Thursday, August 27, 2026 5:56 AM
**To:** Michael McNeil <Michael.McNeil@law.njoag.gov>
**Cc:** Elliot Slosar <elliot@loevy.com>; Melinda Ek <melinda@loevy.com>; Katie Montenegro <katiem@loevy.com>; Tina Misal <Tina@vca.law>
**Subject:** [EXTERNAL] FW: Activity in Case 2:25-cv-01009-CCC-JRA MILLER v. MEANS et al Suggestion of Death

Hello Michael,

Have you been in touch with the family about an Estate for Mr. Russo?

Thank you,

**Veronica N. Hubbard, Esq.** | Partner

**ANDREOZZI + FOOTE**
www.victimscivilattorneys.com
P: 800.706.2764 | F: 717.525.9143 | Texts: 717.807.5808

Click to schedule a phone call or virtual meeting with me

---

**From:** njdefiling@njd.uscourts.gov <njdefiling@njd.uscourts.gov>
**Sent:** Wednesday, August 26, 2026 4:46 PM
**To:** njdefiling@njd.uscourts.gov
**Subject:** Activity in Case 2:25-cv-01009-CCC-JRA MILLER v. MEANS et al Suggestion of Death

# EXHIBIT C

**Tina Misal**

**From:** Katie Montenegro <katiem@loevy.com>
**Sent:** Monday, November 2, 2026 8:49 AM
**To:** sfogarty@decotiislaw.com; bclarke@decotiislaw.com
**Cc:** elliot@loevy.com; nate@vca.law; veronica@vca.law; Michelle Mulkerin; Melinda Ek; Jon Loevy
**Subject:** Re: [EXTERNAL] Re: Dion Miller v. Sean Means, et al., No. 2:25-cv-1009

Hi Sean and Ben,

As you're probably aware, Mr. McNeil had been working on getting the information on Def. Russo's Estate so that we can move forward with the Motion to Substitute. Please let us know as soon as possible with any updates.

Thanks for your continued cooperation,

Katie

**Katie Montenegro** (she/her)
Office: (312) 243-5900 / Direct: (312) 600-5349
311 N Aberdeen St, Chicago, IL 60607
katiem@loevy.com

On Fri, Aug 7, 2026 at 10:17 AM Katie Montenegro <katiem@loevy.com> wrote:

> Hi Mike,
>
> Thank you for your time yesterday and for letting us know. I'm sorry to hear about Russo's passing.
>
> After you return, please do send along his Estate information.
>
> Thank you for your continued cooperation,
>
> Katie
>
> **Katie Montenegro** (she/her)
> Office: (312) 243-5900 / Direct: (312) 600-5349
> 311 N Aberdeen St, Chicago, IL 60607
> katiem@loevy.com
>
> On Fri, Aug 7, 2026 at 8:10 AM Michael McNeil <Michael.McNeil@law.njoag.gov> wrote:
>
>> Hi Katie.
>>
>> As we discussed yesterday, I reached out to Mr. Russo’s wife to start gathering information related to the progression of his dementia. The wife advised that Mr. Russo passed away this past Wednesday.

# EXHIBIT D

**Tina Misal**

**From:** Katie Montenegro <katiem@loevy.com>
**Sent:** Wednesday, November 18, 2026 9:32 AM
**To:** Christopher K. Harriott
**Cc:** Elliot Slosar; Greg Kotchick; Mailise Marks; Veronica Hubbard; Tina Misal; Melinda Ek; Nathaniel Foote; Denise Kearns; Tuesday; Michelle Mulkerin; Stephany Janssen; Valerie Barajas; Edward J. Florio; Nita Raval; Marilyn Capumpue; Austin Grainey; Benjamin Clarke
**Subject:** [EXTERNAL] Re: Dion Miller v. Means, et al: Plaintiff's Discovery Requests

Sean: Because we haven't gotten a response, we'll be reaching out to next of kin directly.

**Katie Montenegro** (she/her)
Office: (312) 243-5900 / Direct: (312) 600-5349
311 N Aberdeen St, Chicago, IL 60607
katiem@loevy.com

On Mon, Nov 16, 2026 at 12:28 PM Katie Montenegro <katiem@loevy.com> wrote:

Sean - I did not see a response on Friday.

Please update us ASAP on the estate.

Katie

On Thu, Nov 12, 2026 at 7:56 PM Katie Montenegro <katiem@loevy.com> wrote:

Sean,

Please provide an update on Defendant Russo's Estate. I've sent several emails about it, so I'd appreciate an update by EOD tomorrow.

Thanks,

Katie

**Katie Montenegro** (she/her)
Office: (312) 243-5900 / Direct: (312) 600-5349
311 N Aberdeen St, Chicago, IL 60607
katiem@loevy.com

On Thu, Nov 12, 2026 at 11:20 AM Christopher K. Harriott <charriott@fkrlaw.com> wrote:

Will do, Elliot. Thanks.

Christopher K. Harriott, Esq.

FLORIO KENNY RAVAL L.L.P.

Attorneys at Law

125 Chubb Avenue

Suite 310 N

Lyndhurst, NJ 07071

Email: charriott@fkrlaw.com

Phone: 201-659-8011

www.fkrlaw.com

---

**From:** Elliot Slosar <elliot@loevy.com>
**Sent:** Thursday, November 12, 2026 12:00 PM
**To:** Christopher K. Harriott <charriott@fkrlaw.com>
**Cc:** Sean W. Fogarty <sfogarty@decotiislaw.com>; Greg Kotchick <gkotchick@durkinlawfirm.com>; Mailise Marks <MMarks@jcnj.org>; Veronica Hubbard <Veronica@vca.law>; Katie Montenegro <katiem@loevy.com>; Tina Misal <Tina@vca.law>; Melinda Ek <melinda@loevy.com>; Nathaniel Foote <nate@vca.law>; Denise Kearns <dkearns@jcnj.org>; Tuesday <TCardwell@jcnj.org>; Michelle Mulkerin <Michelle.Mulkerin@law.njoag.gov>; Stephany Janssen <janssen@loevy.com>; Valerie Barajas <valerie@loevy.com>; Edward J. Florio <eflorio@fkrlaw.com>; Nita Raval <nraval@fkrlaw.com>; Marilyn Capumpue <mcapumpue@fkrlaw.com>; Austin Grainey <AGrainey@fkrlaw.com>; Benjamin Clarke <bclarke@decotiislaw.com>
**Subject:** Re: Dion Miller v. Means, et al: Plaintiff's Discovery Requests

Chris:

Thank you for reaching out about this. I'm sorry to hear about the health issues with Mr. Means. Can you please produce whatever documents you have with a bates-stamp as confidential?

Somewhat related, can you please get us the written discovery responses from Mr. D'Angelo and Mr. Means at your earliest convenience? We are still waiting on those.

Thanks so much,