**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| DION MILLER,<br><br>Plaintiff,<br><br>v.<br><br>SEAN MEANS, MARTIN D'ANGELO, DET. CARMINE DISBROW, JERSEY CITY, MIKE GELCIAN (SUPERVISOR), CAPTAIN VINCENT DOHERTY (SUPERVISOR), SGT. CHARLIE RUSSO (SGT), HUDSON COUNTY.<br><br>Defendants. | Hon. Claire C. Cecchi, U.S.D.J.<br>Hon. Jose R. Almonte, U.S.M.J.<br><br>Civil Action No. 2:25-cv-01009-CCC-JRA<br><br><u>Civil Action</u><br><br>**CERTIFICATION OF SERVICE** |

I, Nathaniel L. Foote, Counsel for Plaintiff, hereby certify that I filed the following documents via PACER with the Clerk of Court:

1. Plaintiff's Motion to Extend Time to File a Motion for Substitution of Deceased Defendant Charles Russo;
2. Certification of Nathaniel L. Foote, Esq.;
3. Proposed Form of Order.

I further certify that copies of the above documents were served via PACER on all parties of record.

I hereby certify that the foregoing statements made by me are true. I understand that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Respectfully Submitted,

**ANDREOZZI + FOOTE**

Dated: November 24, 2026

*s/ Nathaniel L. Foote, Esq.*

4503 North Front Street
Harrisburg, PA 17110
Ph: 717.525.9124 | Fax: 717.525.9143